UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTY J. DOWNING,

    Plaintiff,

Case No. 10-11037

v.

Honorable Patrick J. Duggan

LIFE TIME FITNESS, INC.,

    Defendant.
_____/

## JUDGMENT

On November 20, 2009, Plaintiff filed this action, asserting that Defendant and its employees violated state and federal laws in connection with Plaintiff's use of Defendant's health clubs. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

Dated: May 24, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Kristy J. Downing, Esq.
Anthony J. Kostello, Esq.